IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE J. ESKRIDGE,<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 06-583<br>) |
| IMPRO CORPORATION,<br>DAN PARRISH,<br>RAY BRESLOFF &<br>BRADY TROUTMAN<br>           Defendants. | )<br>)<br>)<br>)<br>) |

ORDER OF COURT

AND NOW, this __10th__ day of November, 2006, upon consideration of defendant's motion for sanctions, [Doc. No. 20] and plaintiff's response thereto, [Doc. No. 21-1], IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

_____,
J.

cc:   All Counsel of Record