IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

JESSE ESKRIDGE,

          Plaintiff,

          vs.

IMPRO CORPORATION, DAN
PARRISH, RAY BRESLOFF
and BRADY TROUTMAN,

          Defendants.

CIVIL ACTION

NO. 06-583

Honorable Gary Lancaster, Judge

## **ORDER**

AND NOW, after consideration of Defendants' Motion for Leave to Amend

Answers, and Plaintiff's position on that Motion, this Court hereby **ALLOWS**

Defendants' Motion. Defendants are hereby ordered to file their Amended Answers,

attached to their Motion as Exhibit A, within ten (10) days from the date of this Order.

Honorable Gary J. Lancaster
*United States District Court for the*
*Western District of Pennsylvania*

Date: 12/18/06

7