IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE J. ESKRIDGE,<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 06-583<br>) |
| IMPRO CORPORATION,<br>DAN PARRISH,<br>RAY BRESLOFF &<br>BRADY TROUTMAN<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) |

ORDER OF COURT

AND NOW, this 14 day of May, 2007, upon consideration of defendants' motion to compel, [Doc. No. 41] and plaintiff's failure to respond thereto, IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff is directed to provide supplemental answers to defendants' interrogatories on or before May 31, 2007.

BY THE COURT:

_____,
J.

cc:   All Counsel of Record